**DEFENDANTS' EXHIBIT LIST FOR HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

CASE CAPTION: *Cross MediaWorks LLC et al. v. EMT Holdings LLC et al.*   November 13, 2014
CASE NO.:     No. 14 Civ. 561 (VSB)

| Control No. | BATES NUMBER | DATE | DESCRIPTION | Stipulation | Objection – Authenticity | Objection – Admissibility |
|---|---|---|---|---|---|---|
| 1 | EMT 450-468 | 2003 | Contract | Yes | | |
| 2 | EMT 439-449 | 8/11/05 | Addendum | Yes | | |
| 3 | EMT 469-485 | 2/13/07 | Contract | Yes | | |
| 4 | EMT 12-24 | 3/2/10 | Executed Purchase and Sale of Software and Licensing Agreement | Yes | | |
| 5 | EMT 1-5 | 11/18/11 | Master Services Agreement Draft | | | Relevance – Cross MediaWare |
| 6 | EMT 25-30 | 11/21/11 | 2011 SOW #1 Draft | | | Relevance – Cross MediaWare |
| 7 | EMT 31-36 | 11/21/11 | Cross Media List of Initial Requirements | | | Relevance – Cross MediaWare |
| 8 | EMT 37-45 | 11/21/11 | 2011 SOW #2 Draft | | | Relevance – Cross MediaWare |
| 9 | EMT 52-63 | 11/28/11 | 2011 SOW #2 Draft | | | Relevance – Cross MediaWare |
| 10 | EMT 89-94 | 12/30/11 | 2011 SOW #2 Draft | | | Relevance – Cross MediaWare |
| 11 | EMT 101-108 | 1/13/12 | 2011 SOW #2 Draft | | | Relevance – Cross MediaWare |
| 12 | EMT 117-122 | 1/13/12 | 2011 SOW #2 Draft | | | Relevance – Cross MediaWare |
| 13 | EMT 169-174 | 1/13/12 | 2011 SOW #2 Draft | | | Relevance – Cross MediaWare |
| 14 | EMT 183-188 | 1/13/12 | 2011 SOW #2 Draft | | | Relevance – Cross MediaWare |
| 15 | EMT 197-200 | 4/15/12 | Unsigned Master Services Agreement between EMT and CMW | | | Relevance – Cross MediaWare |
| 16 | EMT 201-204 | 4/15/12 | SOW #1 | | | Relevance – Cross MediaWare |
| 17 | EMT 213-216 | 5/1/12 | Unsigned Master Services Agreement between EMT and CMW | | | Relevance – Cross MediaWare |
| 18 | EMT 217-223 | 5/1/12 | Unsigned SOW #1 | | | Relevance – Cross MediaWare |

| | | | | | | |
|---|---|---|---|---|---|---|
| 19 | EMT 266-272 | 5/1/12 | Assignment and Amendment | | | FRE 408 |
| 20 | EMT 273-286 | 5/_/12 | Derivative Work Agreement | | | FRE 408 |
| 21 | EMT 296-298 | 5/1/12 | Unsigned SOW #1 | | | Relevance – Cross MediaWare |
| 22 | Intentionally Omitted | | | | | |
| 23 | CMW 528 | 12/19/11 | Emails between Joe Fabiano and Tom Weber | | | Relevance – Cross MediaWare Hearsay |
| 24 | CMW 917 | 2/23/12 | Emails between Tom Weber and Mike Miller re Code Ownership | | | Relevance – Cross MediaWare Hearsay |
| 25 | CMW 959-976 | 3/19/12 | Email from Joe Fabiano to Tom Weber and Jonathan Batt re The Details and our suggested alternative plan | | | Relevance – Cross MediaWare Hearsay |
| 26 | CMW 1128-1141 | 3/29/12 | Cross MediaWare Project Update | | | Relevance – Cross MediaWare Hearsay |
| 27 | CMW 1167-1173 | 4/15/12 | Masters Services Agreement for EMT | | | Relevance – Cross MediaWare |
| 28 | CMW 1195 | 6/13/12 | Email from Joe Fabiano to Tom Weber re Delayed | | | Relevance – Cross MediaWare Hearsay |
| 29 | CMW 1207-1209 | 6/28/12 | Emails between Joe Fabiano and Chris Poindexter re IP Clean-up | | | FRE 408 |
| 30 | CMW 3677-3681 | 9/_/13 | Unsigned Non-Disclosure Agreement between EMT & DMW | | | Relevance |

| 31 | CMW 3682-3688 | 9/_/13 | Unsigned Settlement Amendment and Services Agreement | | | FRE 408 |
|---|---|---|---|---|---|---|
| 32 | CMW 3935-3948 | 12/10/09 | TAM SpotRate protocol | Yes | | |
| 33 | CMW 4014-4038 | 2/28/07 | TAM/EMT media traffic customizer instruction | Yes | | |
| 34 | CMW 5577-5596 | N/A | MAESTRO overview | Yes | | |
| 35 | CMW 5964-5965 | N/A | TAM IT PROJECT LIST | Yes | | |
| 36 | CMW 6155-6176 | N/A | MAESTRO SYSTEM DESIGN | Yes | | |
| 37 | EMT 348-362 | N/A | Draft Settlement, Amendment And Services Agreement Contract | | | FRE 408 |
| 38 | EMT 363-370 | N/A | Draft Settlement, Amendment And Services Agreement Contract | | | FRE 408 |
| 39 | EMT 442-448 | 8/11/05 | Electronic Order Handling Services Proposal for TelAmerica | Yes | | |
| 40 | EMT 490-491 | 3/30/12 | EMT invoices to CMW | | | Relevance – Cross MediaWare |
| 41 | EMT 499-505 | N/A | Cross MediaWare Product Vision | | | Relevance – Cross MediaWare |
| 42 | EMT 556-559 | 2/24/12 | Impediments to the Completion of Release 1.2 | | | Relevance – Cross MediaWare Hearsay |

| 43 | EMT 590-594 | 12/11/13 | Emails between Joe Fabiano, Nathan Johns, and George Menden re TelAmerica | | | FRE 408 |
|---|---|---|---|---|---|---|
| 44 | EMT 2405-2445 | N/A | Cross MediaWare Software Design Specification | | | Relevance – Cross MediaWare |
| 45 | EMT 2649-2651 | 10/9/12 | Letter from Amy Benson attaching letter from Brian Cave to Joe Fabiano | Yes | | |
| 46 | EMT 2718-2725 | 6/22/12 | Email from Chris Poindexter to Joe Fabiano and Tom Weber re IP Clean-up | | | FRE 408 |
| 47 | EMT 2918-2920 | 6/29/12 | Email between Joe Fabiano, Tom Weber and Chris Poindexter re IP Clean-up | | | FRE 408 |
| 48 | EMT 2955-2956 | 3/19/12 | Letter between Joe Fabiano and Lynn Szafran re Off the record | | | Relevance – Cross MediaWare Hearsay |
| 49 | EMT 3162-3168 | 5/31/12 | Email from Joe Fabiano to Chris Poindexter and Tom Weber re Cross MediaWorks Update | | | Relevance – Cross MediaWare Hearsay |
| 50 | EMT 3199-3218 | N/A | Maestro Platform Scalability Test Results | Yes | | |
| 51 | EMT 3219-3236 | N/A | Workflow Scalability Interview, Analysis and Conclusion | Yes | | |

| 52 | EMT 4292-4295 | 6/3/13 | Email from Joe Fabiano to Rachel Braun, David Sisson and Kojo Cole re Cross Media Works attaching invoices | | | Relevance – Cross MediaWare |
|---|---|---|---|---|---|---|
| 53 | EMT 4312-4314 | 10/9/12 | Letter between Amy Benson, Joe Fabiano and Rich Lundquist re Cross MediaWorks, attaching letter from Bryan Cave | | | Hearsay |
| 54 | EMT 6458-6461 | 6/29/12 | Email between Joe Fabiano, Chris Poindexter and Tom Weber re IP Clean-up | | | FRE 408<br>Hearsay |
| 55 | EMT 5044-5101 | | Technology Due Diligence | Yes | | |
| 56 | EMT 4590-4638 | 2/2011 | Cross MediaWorks Confidential Information Memorandum | Yes | | |
| 57 | EMT 11404-11419 | 5/21/12 | Email from Chris Poindexter to Joe Fabiano and Ken Gavranovic re EMedia Trade Master Services Agreement and SOW | | | Relevance – Cross MediaWare |
| 58 | EMT 11422 | 6/1/12 | Email between Joe Fabiano and Larry Rubin re past due invoices | | | Relevance – Cross MediaWare<br>Hearsay |

| 59 | EMT 11696-11729 | 5/8/12 | Email between Joe Fabiano, Chris Poindexter, Ken Gavanovic, and Larry Rubin re Contract | | | Relevance – Cross MediaWare |
|---|---|---|---|---|---|---|
| 60 | EMT 13295-13320 | 10/20/10 | Google TV Ads Fulfillment Process SOW | Yes | | |
| 61 | EMT 10880-11211 | | Source code from AdCore requested by Dr. P. Min | Yes | | |
| 62 | | 3/1/04 | Patent Application, "Aggregating local cable spots into national equivalent units," Funston, Lance, Publication No. US20050193411 A1 | Yes | | |
| 63 | | 2/29/99 | Patent Application, "Electronic commerce systems and processes, especially for the cable television industry," Fabiano, III, Leonard J., Publication No. WO 2000051335 A3 | Yes | | |
| 64 | | | All materials relied upon by Nikolaus Baer | | | Overbroad |
| 65 | | | All materials relied upon by Robert McConnell | | | Overbroad |
| 66 | | | All materials relied upon by Dr. P. Min | | | Overbroad |

| | | | | | | |
|---|---|---|---|---|---|---|
| 67 | | | All pleadings, including but not limited to, all documents filed of record, whether under seal | | | Overbroad |
| 68 | | | All exhibits to depositions | | | Overbroad |
| 69 | | | All documents designated as exhibits by Plaintiffs | Yes | | |
| 70 | | | All documents for impeachment | | | Overbroad |