# PLAINTIFFS' EXHIBIT LIST FOR HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

CASE CAPTION: *Cross MediaWorks LLC et al. v. EMT Holdings LLC et al.*  November 13, 2012
CASE NO.:   No. 14 Civ. 561 (VSB)  Page 1 of 4

| Exh. No. | Brief Description | Bates / Decl. Exh. No. / Depo. Exh. No. | Stipulation | Objection - Authenticity | Objection - Admissibility | Court Use Only |
|---|---|---|---|---|---|---|
| 1 | 8/21/2014 email from Joe Fabiano to Marc Krigsman | CMW 01320-01321<br>Exhibit 1 to Declaration of Stephanie Mitchko-Beale In Support of Plaintiffs' Motion for Preliminary Injunction | Yes | | | |
| 2 | 7/23/2014 email from Joe Fabiano to Stephanie Mitchko and Marc Krigsman | Exhibit 4 to Declaration of Stephanie Mitchko-Beale In Support of Plaintiffs' Motion for Preliminary Injunction | | | FRE 408 | |
| 3 | 7/28/2014 email from Joe Fabiano to Stephanie Mitchko and Marc Krigsman | Exhibit 5 to Declaration of Stephanie Mitchko-Beale In Support of Plaintiffs' Motion for Preliminary Injunction | | | FRE 408 | |
| 4 | eMediaTRADE Capabilities Presentation | EMT 05392-05404<br>Exhibit 3 to Declaration of Evan M. Rothstein In Support of Plaintiffs' Motion for Preliminary Injunction | Yes | | | |
| 5 | 1/28/2011 email from Craig Crane to Joe Fabiano | EMT 07835-07892<br>Exhibit 5 to Declaration of Evan M. Rothstein In Support of Plaintiffs' Motion for Preliminary Injunction | Yes | | | |
| 6 | AdCore brochure | EMT 10846-10849<br>Exhibit 6 to Declaration of Evan M. Rothstein In Support of Plaintiffs' Motion for Preliminary Injunction | Yes | | | |
| 7 | List of Defendants' contract developers | EMT 00506-00507<br>Exhibit 7 to Declaration of Evan M. Rothstein In Support of Plaintiffs' Motion for Preliminary Injunction | | | Relevance | |
| 8 | EMT Holdings, LLC / Contract Addendum - Videa Source Code Buy-Out / EMT-Videa 9.4.14 | EMT 15070-15078<br>Exhibit 3 to Declaration of Evan M. Rothstein In Support of Plaintiffs' Reply In Support of Preliminary Injunction | | | Relevance; Hearsay | |
| 9 | 12/11/2012 email, Allison S. Cook to Amy Benson, "RE: 0384.01: CMW" | EMT 03876-03879<br>Exhibit 4 to Declaration of Evan M. Rothstein In Support of Plaintiffs' Reply In Support of Preliminary Injunction | Yes | | | |

**PLAINTIFFS' EXHIBIT LIST FOR HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

CASE CAPTION: *Cross MediaWorks LLC et al. v. EMT Holdings LLC et al.*   November 13, 2012
CASE NO.:         No. 14 Civ. 561 (VSB)   Page 2 of 4

| Exh. No. | Brief Description | Bates / Decl. Exh. No. / Depo. Exh. No. | Stipulation | Objection - Authenticity | Objection - Admissibility | Court Use Only |
|---|---|---|---|---|---|---|
| 10 | eMediaTRADE / Investment Opportunity | EMT 16701-16708<br>Exhibit 6 to Declaration of Evan M. Rothstein In Support of Plaintiffs' Reply In Support of Preliminary Injunction | Yes | | | |
| 11 | Goldman Sachs Meeting / Monday, January 10, 2011, 4:42PM | EMT 03762-03773<br>Exhibit 8 to Declaration of Evan M. Rothstein In Support of Plaintiffs' Reply In Support of Preliminary Injunction | Yes | | | |
| 12 | Pathfire FAQs for Viacom Video Services Syndication Clients | CMW 08369-08379<br>Exhibit 14 to Declaration of Evan M. Rothstein In Support of Plaintiffs' Reply In Support of Preliminary Injunction | | | Relevance; Hearsay | |
| 13 | Press Release - DG FastChannel, Inc. to Acquire Privately-Held Media Distribution Provider, Pathfire, Inc. | CMW 08380-08383<br>Exhibit 15 to Declaration of Evan M. Rothstein In Support of Plaintiffs' Reply In Support of Preliminary Injunction | | | Relevance; Hearsay | |
| 14 | Initial Statement of Work to the Master Services Agreement entered by and between Videa, LLC and EMT Holdings, Inc. dated April 15, 2014 | EMT 15676-15703<br>Exhibit 16 to Declaration of Evan M. Rothstein In Support of Plaintiffs' Reply In Support of Preliminary Injunction | | | Relevance | |
| 15 | Master Services Agreement between ITN Networks, LLC and EMT Holdings, LLC. effective January 14, 2013 | EMT 13546-13567<br>Exhibit 18 to Declaration of Evan M. Rothstein In Support of Plaintiffs' Reply In Support of Preliminary Injunction | | | Relevance | |
| 16 | INVISION and eMediaTRADE Proposed Deal Structure December 10, 2013 | EMT 16731-16737<br>Exhibit 20 to Declaration of Evan M. Rothstein In Support of Plaintiffs' Reply In Support of Preliminary Injunction | | | Hearsay | |
| 17 | Affidavit of Leonard Joseph Fabiano III In Opposition to Plaintiffs' Motion for Preliminary Injunction | | Yes | | | |
| 18 | Exhibit I to Affidavit of Leonard Joseph Fabiano III In Opposition to Plaintiffs' Motion for Preliminary Injunction<br>Adcore Modules | | Yes | | | |
| 19 | eMedia Trade Capabilities Presentation, April 2, 2013 | EMT 05392-05404<br>Plaintiffs' Deposition Exhibit 2 [Meyer] | Yes | | | |

**PLAINTIFFS' EXHIBIT LIST FOR HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

CASE CAPTION: *Cross MediaWorks LLC et al. v. EMT Holdings LLC et al.*          November 13, 2012
CASE NO.:      No. 14 Civ. 561 (VSB)          Page 3 of 4

| Exh. No. | Brief Description | Bates / Decl. Exh. No. / Depo. Exh. No. | Stipulation | Objection - Authenticity | Objection - Admissibility | **Court Use Only** |
|---|---|---|---|---|---|---|
| 20 | 8/19/2014 Press Release, "eMediaTrade Announces the AdCore Platform …" | EMT 00567-00568<br>Plaintiffs' Deposition Exhibit 6 [Fabiano] | Yes | | | |
| 21 | 1/31/2011 email, Leonard J. Fabiano III to Anne Kofol, "First pass description document & proposal" | EMT 03761-03773<br>Plaintiffs' Deposition Exhibit 16 [Fabiano] | Yes | | | |
| 22 | 1/25/2011 email, David Sisson to Joe Fabiano, "RE: Clarion - Systems & Workflow Analysis" | Plaintiffs' Deposition Exhibit 17 [Fabiano] | Yes | | | |
| 23 | 1/27/2011 email, David Sisson to Joe Fabiano, "RE: a quick favor" | Plaintiffs' Deposition Exhibit 18 [Fabiano] | Yes | | | |
| 24 | 1/28/2011 email, Craig Crane to jfabiano, attaching: Accounting Process Flows.vsd; accounting.vsd; Cross MediaWare Avail Processing vsd; Cross MediaWorks Systems_final.pptx; MediaWare Database Design.vsd; MediaWare Logical.vsd; MediaWare Website Layout.docx; includes file metadata detail pages | EMT 07835-07892;<br>Plaintiffs' Deposition Exhibit 19 [Fabiano] | Yes | | | |
| 25 | 2/18/2011 email, Joe Fabiano to Anne Kofol, "RE: Marketing documents" | EMT 06520-06522<br>Plaintiffs' Deposition Exhibit 23 [Fabiano] | Yes | | | |
| 26 | Cross-MediaWorks / CEO Report – Business & Systems Evaluation | EMT 07163-07177<br>Plaintiffs' Deposition Exhibit 24 [Fabiano] | Yes | | | |
| 27 | Cross-MediaWorks /CTO Report – Technology & Operations Scalability Analysis | EMT 07178-07262<br>Plaintiffs' Deposition Exhibit 25 [Fabiano] | Yes | | | |
| 28 | Master Services Agreement, Effective Date November 2, 2012 | EMT 13069-13085<br>Plaintiffs' Deposition Exhibit 26 [Fabiano] | Yes | | | |
| 29 | Cross MediaWorks / Confidential Information Memorandum / Goldman Sachs & Co. / Draft February 2011 | EMT 06523-06571<br>Plaintiffs' Deposition Exhibit 33 [Fabiano] | Yes | | | |
| 30 | eMediaTRADE / Investment Opportunity; includes file metadata detail page | EMT 16701-16708<br>Plaintiffs' Deposition Exhibit 35 [Fabiano]. | Yes | | | |
| 31 | INVISION and eMediaTRADE Revisions to Earn-out Structure / May 29, 2014 | EMT 16692-16696<br>Plaintiffs' Deposition Exhibit 37 [Fabiano]. | | | Hearsay | |
| 32 | Supplement to INVISION and eMediaTRADE Proposed Deal Structure / May 29, 2014 | EMT 16738-16748<br>Plaintiffs' Deposition Exhibit 39 [Fabiano] | | | Hearsay | |

**PLAINTIFFS' EXHIBIT LIST FOR HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

CASE CAPTION: *Cross MediaWorks LLC et al. v. EMT Holdings LLC et al.*  November 13, 2012
CASE NO.:  No. 14 Civ. 561 (VSB)  Page 4 of 4

| Exh. No. | Brief Description | Bates / Decl. Exh. No. / Depo. Exh. No. | Stipulation | Objection - Authenticity | Objection - Admissibility | Court Use Only |
|---|---|---|---|---|---|---|
| 33 | Adjusted Balance Sheet at 7-1-13 | CMW 07790 | | | Relevance; Hearsay | |
| 34 | NDA executed | CMW 08384-08385 | Yes | | | |
| 35 | Handwritten Notes of Stephanie Mitchko-Beale | CMW 08386-08396 | | | Relevance; Hearsay | |
| 36 | 2010 Agreement | EMT 01778-01789 | Yes | | | |
| 37 | 2/10/2011 email, Leonard J. Fabiano III to Anne Kofol, "Re: deliverables" | EMT 05903-05904 | Yes | | | |
| 38 | Proposal / Version 1.2 / 1-19-2011 | EMT 10443-10454 | Yes | | | |
| 39 | Screen Shots | EMT 11240-11262 | Yes | | | |
| 40 | eMediaTRADE / AdHub: Campaign Setup | EMT 11263-11269 | Yes | | | |
| 41 | eMediaTRADE / AdHub: Master Order Dashboard | EMT 11270-11285 | Yes | | | |
| 42 | eMediaTRADE / AdHub: Traffic Viewer | EMT 11312-11334 | Yes | | | |
| 43 | eMediaTRADE / AdHub: Affidavit Desk | EMT 11335-11363 | Yes | | | |
| 44 | Master Order Origination flow chart | EMT 11364 | Yes | | | |
| 45 | Master Order in AdHub flow chart | EMT 11365 | Yes | | | |
| 46 | eMediaTRADE / AdHub: Traffic Editor | EMT 11367-11383 | Yes | | | |
| 47 | 10/09/2012 letter from Bryan Cave to Leonard J. Fabiano | EMT 11385-11386 | Yes | | | |
| 48 | Statement of Work No. 1 / Project Title: Google TV Ads Fulfillment Process | EMT 13158-13170 | Yes | | | |
| 49 | Any document necessary for rebuttal | | | | Overbroad All objections reserved until hearing | |
| 50 | CV of Paul S. Min, Ph.D | | | | | |
| 51 | Demonstrative exhibits | | | | | |
| 52 | Any document necessary for impeachment | | | | | |
| 53 | Any document designated as an exhibit by Defendants | | | | | |